PAR6.16.25
MFA: USAO 2025R00248

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | CRIMINAL NO. JKB 25cr177 |
| v. | * | |
| | * | (Threats Transmitted by Interstate |
| SALAMAH AUDI, | * | Communication, 18 U.S.C. §875(c)) |
| | * | |
| Defendant. | * | |

*******

## INDICTMENT

### COUNTS ONE TO TEN
(Threats Transmitted by Interstate Communication)

The Grand Jury for the District of Maryland charges that:

On or about the dates set forth below, in the District of Maryland and elsewhere, the defendant,

**SALAMAH AUDI,**

knowingly and willfully did transmit in interstate commerce communications which contained a threat to injure the person of another, that is, the defendant, using an electronic communications device, the internet, and a website she controlled, published communications containing threats to injure, as set forth below:

| COUNT | DATE | VICTIM | DESCRIPTION OF THREAT |
|---|---|---|---|
| 1 | 6/6/2024 | B.M. | [B.M.] this person was talking about you. What did you do? How dare you touch the lives of my kids and me? What the fuck did you do [B.M.] I'm gonna kill you [B.M.] if I don't get to my husband and my kids today I will kill you spiritually I will kill you and it will manifest who the fuck are you to touch me and my kids [B.M.] who the fuck are you to touch me and my kids?<br><br>Someone to [B.M.]<br><br>what do you mean what happened. She's been begging for her life back and you're not letting her get her life back |

| | | | | |
|---|---|---|---|---|
| | | | | I'm going to kill you Pastor but who the fuck are you to stop me from my husband and my kids are you with your wife? Do you get to talk to your fucking son? Who the fuck are you to stop me from having my life you better show me your fucking face before I kill you. I will kill you today [B.M.], you will die [B.M.] you will really die [B.M.] you will seriously fucking die [B.M.] what the fuck are you doing to my life who the fuck are you to touch me and my kids like this who the fuck are you [B.M.] you are nobody |
| 2 | 8/19/2024 | R.S., R.R. B.M., G.K. | | Because you all let [M.J.] touch my family, today I will finally call them and tell them everything that's been happening in my life since I became anointed in my bridal anointing. I've put everything together. And [R.S.] and [R.R.], they'll get you to write your resignations if you haven't written them already. I have a big family. I was protecting them from this nonsense. But you all didn't wanna listen, you'll be sorry to God. I won't rest until you both humble yourselves.<br><br>[G.K.] and [B.M.], you'll get your assets whooped too.<br><br>My grandmother had a lot of grandkids. We're all grown up now. Don't touch the woman of God I said. You didn't listen. Pastors, you're all going to hell and my family will make sure your life on earth is a living hell too. [kissing emoji] [100% emoji] they don't wanna go to hell. You're the reason why they haven't accepted Christ yet. They'll kill you guys [laughing emoji]<br><br>Act like pastors you stupid worldly thieves of eternity. Go to hell.<br><br>Don't be immature. It's not a threat lol, it's a kind of promise. I said I'm not scared of you. Keep going to authorities on me. See what happens to your lives. |
| 3 | 9/6/2024 | M.J. | | I hateeeee [M.J.] for blocking me from my kids. You all know why she did that right? A parent looks at a parent as a parent. Don't nobody wanna marry a trash mom lol. You guys crack me up. She's evil as fuck. He has to marry me anyway in Gods timing, she hurt my kids and you guys allowed her to. They are mean to me sometimes. They were never mean to me. They're mean to me cause I hurt them. Although they know it was for God, they still have pain in their heart that their ever most loving mother just up and left and didn't see them for 6 months. No phone call nothing. [M.J.] is gonna die for it. A gruesome death. She deserves it. |

| 4 | 9/11/2024 | R.R. | I've asked God to kill [R.R.] - He wants to play with fire? He's getting burnt to a crisp. I'll make sure of it. You'll learn my legacy soon enough. You stupid asses of Christianity. |
| 5 | 10/2/24 | R.R., G.K., B.M. | RELIEVE ME. LET ME COME OUT TO THE WORLD. GET OUT OF MY FREAKING WAY. I CANT WAITTTTTTT TILL IM RELIEVED. IM MAKING REAL EXAMPLES OUT OF ALL OF YOU ON THE STREETS OF HAGERSTOWN [R.R.], and more. …[G.K.] and [B.M.], I'm not sparing either of you two, either. You'll see. |
| 6 | 12/21/2024 | C.O.D. | I'm not off the streets, I'm busting [C.O.D.] windows while they're in church. Cops or no cops. I'll handle the police too. Stupid whores of Washington county. How dare you let all this happen to the only one screaming first born daughter of God. You're all going to hell. |
| 7 | 1/2/2025 | E.G.C., R.R. | [E.G.C.], I'm about to burn your tabernacle To the ground. What's this now? Oh [R.R.] don't make me come kick your ass. Do you know who you're messing with? |
| 8 | 1/16/2025 | M.J. | "Oh my God, Gods about to kill [M.J.] He's gonna take that whores life. He's my Father. He waited to see what you guys will do after being informed. He just told me He's going to take her life." |
| 9 | 1/16/2025 | R.S. | My daughter's birthday is next week. If I miss her birthday, I will kill [R.S.] myself. I will kill him. It's a threat from me. Report me. I would report me to God, instead of man though. Tread carefully. |
| 10 | 1/16/2025 | R.S. | All this family does is paint me as a bad mother to my children so that they would go around to others talking crazy on me instead of reality on me. Kids talk about their parents. They know what they're doing to me and my kids relationship and [R.S. is] the root cause of this problem. I'm gonna kill [R.S.]. I'm a mother. I'll kill you [R.S.]. I'll kill you. This is it. I'm gonna reach out to the fbi and not talk on God, just your faults. |

18 U.S.C. § 875(c)

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL

SIGNATURE REDACTED
Foreperson

6/18/25
Date